**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-0-2487-LTB-KLM

NICOLE BAROS,

       Plaintiff,

v.

SENTRY INSURANCE, a mutual company,

       Defendant.

___

**ORDER**
___

Upon Defendant's Response to Show Cause Order Regarding Diversity Jurisdiction (Doc 9 - filed October 18, 2011), it is

ORDERED that the Order to Show Cause (Doc 6) is DISCHARGED.

                         BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED:   October 19, 2011